# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT MORENO, JR., | CASE NO. 1:10-cv-02238-SKO PC |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTIONS TO COMPEL |
| v. | (Docs. 28 and 29) |
| CORRECTIONAL OFFICER TAYLOR, et al., | |
| Defendants. | |

Plaintiff Albert Moreno, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 2, 2010.  On August 28, 2012, Plaintiff filed two unsigned motions to compel.

The Court cannot consider unsigned filings and the motions are THEREFORE ORDERED STRICKEN from the record, without prejudice to refiling.  Fed. R. Civ. P. 11(a); Local Rule 131(b).

IT IS SO ORDERED.

**Dated:   August 29, 2012**               /s/ Sheila K. Oberto
                                  UNITED STATES MAGISTRATE JUDGE

1