# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ALBERT MORENO, JR.,

                Plaintiff,

    v.

CORRECTIONAL OFFICER
TAYLOR, et al.,

                Defendants.

_____/

CASE NO. 1:10-cv-02238-SKO PC

ORDER STRIKING UNSIGNED MOTIONS
TO COMPEL

(Docs. 28 and 29)

Plaintiff Albert Moreno, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 2, 2010.  On August 28, 2012, Plaintiff filed two unsigned motions to compel.

The Court cannot consider unsigned filings and the motions are THEREFORE ORDERED STRICKEN from the record, without prejudice to refiling. Fed. R. Civ. P. 11(a); Local Rule 131(b).

IT IS SO ORDERED.

**Dated:    August 29, 2012**                    _____/s/ Sheila K. Oberto_____
                                       UNITED STATES MAGISTRATE JUDGE