# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT MORENO, JR., | CASE NO. 1:10-cv-02238-SKO PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE A SUPPLEMENTAL BRIEF WITHIN THIRTY DAYS AND PERMITTING DEFENDANTS TEN DAYS TO FILE REPLY |
| v. | |
| CORRECTIONAL OFFICER TAYLOR, et al., | (Doc. 35) |
| Defendants. | |

Plaintiff Albert Moreno, Jr., a prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 2, 2010. This action for damages is proceeding against Defendants Taylor and Silas for use excessive physical force, in violation of the Eighth Amendment of the United States Constitution. Plaintiff's claim arises from an incident which allegedly occurred on March 23, 2010, at California Correctional Institution in Tehachapi.

Pending before the Court are Plaintiff's motion to compel further responses to his requests for the production of documents, filed on October 15, 2012, and Plaintiff's motion for a stay and an order requiring jail officials to release his legal property, filed on January 7, 2013.

Plaintiff is currently in the custody of the Kern County Sheriff's Department and is incarcerated at the Lerdo Pretrial Facility in Bakersfield. (Doc. 35.) Plaintiff represents that he is serving a sixteen-month sentence, subject to half-time credit. (Id.)

The Court requires additional information from Plaintiff before it can reach the merits of his motions. Plaintiff shall file a supplemental brief notifying the Court where his legal materials are for this court case (e.g., stored at the jail or mailed to an outside address), and what the Lerdo Pretrial

Facility's policy is regarding legal property (e.g, whether inmates are permitted to have any legal material in their possession and if not, whether there are any policies in place to accommodate access to the material). In addition, Plaintiff is required to notify the Court whether he anticipates being released from custody in approximately seven months. If not, Plaintiff is required to identify the anticipated release date.

Accordingly, it is HEREBY ORDERED that within **thirty (30) days** from the date of service of this order, Plaintiff shall file a supplemental brief addressing the issues set forth herein, and Defendants are granted **ten (10)** from the date of service of Plaintiff's supplemental brief within which to file a reply, if any.

IT IS SO ORDERED.

**Dated:   February 22, 2013**                         /s/ Sheila K. Oberto
                                                                  UNITED STATES MAGISTRATE JUDGE