# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT MORENO, JR., | CASE NO. 1:10-cv-02238-SKO PC |
| Plaintiff, | ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER TO EXTEND PRETRIAL DISPOSITIVE MOTION DEADLINE, NUNC PRO TUNC TO FEBRUARY 19, 2013 |
| v. | |
| CORRECTIONAL OFFICER TAYLOR, et al., | |
| | (Doc. 37) |
| Defendants. | |

Plaintiff Albert Moreno, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 2, 2010.  This action for damages is proceeding against Defendants Taylor and Silas for use excessive physical force, in violation of the Eighth Amendment of the United States Constitution.  Plaintiff's claim arises from an incident which allegedly occurred on March 23, 2010, at California Correctional Institution in Tehachapi.

Pursuant to the scheduling order filed on April 2, 2012, the deadline for filing pretrial dispositive motions was February 11, 2013.  On January 28, 2013, Defendants filed a timely motion seeking to modify the scheduling order to extend the deadline to April 11, 2013.  Fed. R. Civ. P. 16(b).  Defendants subsequently filed their motion for summary judgment on February 19, 2013.

Plaintiff did not oppose the motion and the Court can discern no prejudice from the short extension.  Accordingly, Defendants' motion to modify the scheduling order is HEREBY GRANTED, nunc pro tunc to February 19, 2013.

IT IS SO ORDERED.

**Dated:   May 1, 2013**                    **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE